| FRANKLIN V. BEARDEN |
| --- |

This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**BRYCE FRANKLIN,**
**Plaintiff-Appellant,**
**v.**
**CLIFFORD BEARDEN,**
**Defendant-Appellee.**

Docket No. A-1-CA-37536
COURT OF APPEALS OF NEW MEXICO
March 4, 2019

APPEAL FROM THE DISTRICT COURT OF CIBOLA COUNTY, Pedro G. Rael, District Judge

**COUNSEL**

Bryce Franklin, Santa Rosa, NM, Pro Se Appellant.

Clifford Bearden, Grants, NM, Pro Se Appellee.

**JUDGES**

LINDA M. VANZI, Judge. WE CONCUR: JACQUELINE R. MEDINA, Judge, MEGAN P. DUFFY, Judge

**AUTHOR:** LINDA M. VANZI

**MEMORANDUM OPINION**

**VANZI, Judge.**

**{1}**     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

**{2}     AFFIRMED.**

**{3}     IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**MEGAN P. DUFFY, Judge**